# ELECTRONIC RECORD

COA # 14-14-00534-CR

STYLE: Jacoy Nixon v The State of Texas

COA DISPOSITION: Affirmed

DATE: August 18, 2015    Publish: No

OFFENSE: Aggravated Sexual Assault

COUNTY: Montgomery

TRIAL COURT: 9th District Court

TC CASE #:12-05-05609 CR

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jacoy Nixon v The State of Texas

CCA # _____

_____ APPELLANT'S    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED _____

DATE: 11/25/2015

JUDGE: Per Curiam

CCA Disposition: 1231-15

DATE: _____

JUDGE: _____

SIGNED: _____        PC: _____

PUBLISH: _____        DNP: _____

------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**